Malcom Maxwell RYIDU–X, a/k/a Richard Edward Janey, Plaintiff–Appellant,

v.

MARYLAND CORRECTIONAL ADJUSTMENT CENTER; Maryland Division of Correction, Inmate Accounts Personnel; Inmate Accounts Supervisor; Thomas R. Corcoran, Warden; Sewall Smith, Warden, Defendants–Appellees.

No. 03–6793.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2003.

Decided July 21, 2003.

Malcom Maxwell Ryidu–X, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Malcom Ryidu–X appeals the district court's order denying relief on his 42

(2000).

U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ryidu-X v. Maryland Correctional Adjustment Ctr.*, No. CA–02–2543–1–AH (D. Md. filed Mar. 31, 2003 & entered Apr. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*